UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:22-cr-00361 |
| | ) | |
| [01] RAY ALSTON | ) | JUDGE RICHARDSON |
| | ) | |

## ORDER

Pending before the Court is the Government's "Motion to Dismiss Count One of the Superseding Indictment" (Doc. No. 113, "Motion"), wherein the Government requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court dismiss Count One of the Superseding Indictment in the above-captioned case. Defendant is charged only in Count One of the four-count Superseding Indictment.

The Court acknowledges the Government's prerogative, under basic principles of federal governance, to decide whether and when to cease an ongoing prosecution. Accordingly, the Motion (Doc. No. 113) is well taken and is hereby **GRANTED** in the interests of justice. Counts One of the Superseding Indictment (Doc. No. 81) is **DISMISSED** with prejudice. The remaining counts of the Superseding Indictment (Counts Two through Four), which do not pertain to Defendant, remain pending.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE